# UNITED STATES BANKRUPTCY COURT
## *Western District of Texas*
**615 E. HOUSTON STREET, ROOM 597**
**SAN ANTONIO, TX 78205**

YVETTE M. TAYLOR  *(210) 472–6720*
CLERK OF COURT

**DATE:** April 20, 2018

Jesse Blanco, Jr
7406 Garden Grove
San Antonio, TX 78250

**RE:** **Declaration for Electronic Filing**
  Bankruptcy Case No.: **18–50858–cag**
  Case Style: Lydia Padilla Hernandez

Dear Mr. Blanco :

The original signed Declaration for Electronic Filing, due on 04/13/2018 has not been electronically filed into CM/ECF for the filing of:

*1* – Voluntary Petition under Chapter 7 (Individual) With Schedules, With Statements, (Filing Fee: $ 335) filed by Lydia Padilla Hernandez. –Declaration for Electronic Filing due by 04/13/2018 (Blanco, Jesse)

**Please electronically file the original Declaration for Electronic Filing immediately.** If the Declaration of Electronic Filing is not filed by **May 4, 2018**, as to any original petition, matrix, statement and schedules, this case will be dismissed by the court and that, as to any amended petition, statement, schedule or matrix, the amendment(s) will be stricken by the Court.

  Yvette M. Taylor
  Clerk, U. S. Bankruptcy Court

  BY: Christy L. Carouth

cc: Debtor(s), Trustee

---

903 San Jacinto, Suite 322
Austin, Texas 78701
(512) 916–5237

511 E. San Antonio Avenue, Suite 444
El Paso, Texas 79901
(915) 779–7362

800 Franklin Avenue, Suite 140
Waco, Texas 76701
(254) 750–1513

**[Declaration Due Letter]** [LtrDclrdu]