IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LYDIA PADILLA HERNANDEZ. | § | CASE NO. 18-50858 |
| | § | (Chapter 7) |
| Debtors. | § | |

MOTION TO RECONSIDER ORDER DISMISSING CASE

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN FOURTEEN (14) DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

TO THE HONORABLE JUDGE OF SAID CASE:

COMES NOW LYDIA PADILLA HERNANDEZ, Debtor herein, and files this her Motion to Reconsider Order Dismissing Case, and in support thereof would state as follows:

1.  Debtor filed her case under chapter 7, title 11, USC, on April 6, 2018.

2.  Debtor attended the meeting of creditors on May 10, 2018.

3.  The undersigned received a letter from the Clerk of Court indicating the Declaration for Electronic Filing was to be filed by the court as a courtesy but in the future all Declarations needed to be filed under the event titled "Declaration for Electronic Filing (Restricted

Document," and the undersigned went to the Clerk's Office to confirm that the declaration had been recorded.

4. On May 11, 2018 the undersigned received electronic notice that the case had been dismissed. A copy of the order is attached as Exhibit "A" and is incorporated herein for all purposes.

5. Debtor would respectfully requested that the order dismissing case be reconsidered.

WHEREFORE, Debtor would respectfully that the order dismissing case be reconsidered and would further request that she be granted any and all other relief to which she may be entitled.

Respectfully submitted,

/s/ *Jesse Blanco*

———————————————————
Jesse Blanco
Attorney for Debtor
P.O. Box 380577
Houston, Texas 78268
713.320.3732 Telephone
210.509.6903 Facsimile
lawyerjblanco@gmail.com

CERTIFICATE OF FILING

I hereby certify that true and correct copies of the pleading were provided to all parties in interest via either ECF to all parties registered under that system of by US first class mail, postage prepaid, this 11th day of May, 2018..

/s/ *Jesse Blanco*

———————————————————
Jesse Blanco

Account Services
TMC Provider Group
1802 NE Loop 410
Ste. 400
San Antonio, TX 78217

Calvary Support Svc.
GE Capital
P.O. Box 27288
Tempe, AZ 85285

Capital One
15000 Capital One Dr.
Richmond, VA 23237

Chevy Em Hernandez
7790 Lantana Lane
Somerset, TX 78069

Conn's Credit
3295 College St.
Beaumont, TX 77701

Craig Noack
24165 IH-10 West., Ste. 217-418
San Antonio, TX 78257

Navient
P.O. BOX 9533
Wilkes Barre, PA
18773-9533

Philip S. Padilla Jr.
Sandra M. Padilla
7790 Lantana Lane
Somerset, TX 78069

Phillip S. Padilla
Sandra M. Padilla
2836 Lotus Park
Schertz, TX 78154

Richard & Diana Padilla
7790 Lantana Ln.
Somerset, TX 78069

Syncb/Care Credit
950 Forrer Blvd.
Kettering, OH 45419

Webbank/Fingerhut
6250 Ridgewood Rd.
Saint Cloud, MN 56303

United States Trustee ECF
615 East Houston Street
San Antonio, Texas 78205